

| | | |
|---|---|---|
| CAAP–11–00 00001 | Gao v. State, Dept. of Attorney General | Affirmed |

### July 26, 2013

| | | |
|---|---|---|
| 30309 | Ober v. Lighter | Affirmed |
| 30376 | Pink v. Castro | Affirmed |
| 30265 | State, Dept. of Hawaiian Home Lands v. Kagawa | Affirmed |

### July 30, 2013

| | | |
|---|---|---|
| CAAP–12–00 00808 | AC v. AC | Affirmed |
| CAAP–12–00 00007 | State v. Kaeo | Affirmed |

### July 31, 2013

| | | |
|---|---|---|
| CAAP–12–00 00516 | Frye v. Reyes | Affirmed |
| CAAP–12–00 00517 | Frye v. Kermabon | Affirmed |
| CAAP–10–00 00128 | Hartley v. Marsh | Affirmed |
| CAAP–12–00 00874 | TW, In re | Affirmed |

### August 13, 2013

| | | |
|---|---|---|
| CAAP–12–00 00256 | State v. Aliwis | Affirmed |

### August 14, 2013

| | | |
|---|---|---|
| CAAP–11–00 01095 | Edward v. State | Affirmed |
| CAAP–11–00 00734 | State v. Arios | Vacated and Remanded |
| CAAP–12–00 00074 | State v. Davis | Vacated and Remanded |
| CAAP–12–00 00273 | State v. Ruiz | Vacated and Remanded |
| CAAP–12–00 00055 | State v. Staszkow | Affirmed |